IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PRINCE,<br><br>    Petitioner,<br><br>    v.<br><br>MATTHEW CATE,<br><br>    Respondent.<br>_____/ | 1:11-cv-01888-AWI-MJS (HC)<br><br>ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. 4) |

    Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254.

    On November 16, 2011, Petitioner filed an application to proceed in forma pauperis. The Court already authorized Petitioner to proceed in forma pauperis on November 16, 2011. Therefore, it is hereby ORDERED that Petitioner's application of November 16, 2011, is disregarded as MOOT.

IT IS SO ORDERED.

Dated:   November 21, 2011      /s/ *Michael J. Seng*
                                                         UNITED STATES MAGISTRATE JUDGE