1

2

3

4

5

6

7

8        IN THE UNITED STATES DISTRICT COURT FOR THE

9            EASTERN DISTRICT OF CALIFORNIA

10

11   PATRICK PRINCE,                        1:11-cv-01888-AWI-MJS (HC)

12           Petitioner,                    ORDER DISREGARDING
                                            APPLICATION TO PROCEED
13       v.                                 IN FORMA PAUPERIS
                                            AS MOOT
14   MATTHEW CATE,
                                            (Doc. 4)
15           Respondent.

16   _____/

17       Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28

18   U.S.C. Section 2254.

19       On November 16, 2011, Petitioner filed an application to proceed in forma pauperis.

20   The Court already authorized Petitioner to proceed  in forma pauperis on November 16,

21   2011. Therefore, it is hereby ORDERED that Petitioner's application of  November 16,

22   2011, is disregarded as MOOT.

23

24   IT IS SO ORDERED.

25   Dated:   November 21, 2011          /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE
26

27

28