UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK PRINCE, | 1:11-cv-01888-AWI-MJS HC |
| Petitioner, | |
| v. | ORDER GRANTING PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION |
| MATTHEW CATE, | [Doc. 8] |
| Respondent. | |

  Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), Petitioner has consented to the jurisdiction of the United States Magistrate Judge.  Local Rule 305(b).

  On December 7, 2011, Petitioner filed a motion to withdraw, without prejudice, his petition for writ of habeas corpus. (Mot., ECF No. 8.) Pursuant to Fed. Rule of Civ. Proc. 41(a)(1) Petitioner may voluntarily dismiss the action without prejudice. (See Rule 12, Rules Governing Section 2254 Cases, "The Federal Rules of Civil Procedure, to the extent that they are not inconsistent with any statutory provisions or these rules, may be applied to a proceeding under these rules.")

  Accordingly, good cause having been presented to the Court, IT IS HEREBY

1 | ORDERED that the petition is DISMISSED without prejudice. The Clerk of Court is DIRECTED
2 | to enter judgment and close the case.

7 | IT IS SO ORDERED.

8 | Dated: December 8, 2011            /s/ *Michael J. Seng*
   |                                   UNITED STATES MAGISTRATE JUDGE